# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Larry & Rosa Mallette

Chapter 13

Case No.: 12-17088

## PRAECIPE TO CHANGE DEBTOR'S ADDRESS

TO THE CLERK:

Kindly change the Debtor's address from 5740 Kemble Avenue, Philadelphia, PA 19141 to: **5956 Newtown Avenue, Philadelphia, PA 19120**. An amended Voluntary Petition has been filed.

Dated: November 22, 2016

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Counsel for Debtor