# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 12-17088-AMC

LARRY N MALLETTE
ROSA M MALLETTE

5740 KEMBLE AVENUE
PHILADELPHIA, PA 19141

        Debtor

## CERTIFICATE OF SERVICE

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

LARRY N MALLETTE
ROSA M MALLETTE

5740 KEMBLE AVENUE
PHILADELPHIA, PA 19141

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

                              /S/ William C. Miller

Date: 12/6/2016                          _____

                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee