United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Larry N. Mallette  
Rosa M. Mallette  
    Debtors

Case No. 12-17088-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Virginia   Page 1 of 1   Date Rcvd: Dec 20, 2016  
                       Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2016.  
db/jdb          +Larry N. Mallette,    Rosa M. Mallette,    5956 Newtown  Avenue,    Philadelphia, PA 19120-1131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2016 at the address(es) listed below:  
      ANDREW F GORNALL    on behalf of Creditor   The Bank of New York Mellon, et al  
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      BRAD J. SADEK    on behalf of Joint Debtor Rosa M. Mallette brad@sadeklaw.com  
      BRAD J. SADEK    on behalf of Debtor Larry N. Mallette brad@sadeklaw.com  
      DANIEL BRETT SULLIVAN    on behalf of Creditor   Bill Me Later BNCmail@w-legal.com,  
       DanS@w-legal.com  
      JASON BRETT SCHWARTZ    on behalf of Creditor   Capital One Auto Finance  
       jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   The Bank of New York Mellon, et al  
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      MARY F. KENNEDY    on behalf of Creditor   The Bank of New York Mellon, et al  
       mary@javardianlaw.com, tami@javardianlaw.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                        TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Larry N. Mallette
    Rosa M. Mallette
        Debtor(s)

Chapter 13 Proceeding

12-17088 AMC

**ORDER**

AND NOW, this ___ day of Dec, 2016, it is hereby ORDERED AND DECREED that the Automatic Stay be modified to permit, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-23 and/or its successors and assigns to obtain all Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 5740 Kemble Avenue, Philadelphia, PA 19141.

Upon the order being granted and entered, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-23 shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

_____
United States Bankruptcy Judge
Ashely M. Chan

Interested Parties:

Mary F. Kennedy, Esquire
Attorney for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-23

Brad J. Sadek, Esquire
Attorneys for Debtor(s)

William C. Miller, Esquire
Trustee