## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Larry & Rosa Mallette    :    Chapter 13
:
:
:    Case No.: 12-17088 AMC

## PRAECIPE TO CONVERT CASE FROM A CHAPTER 13 TO A CHAPTER 7

TO THE COURT:

On behalf of the Debtors, please convert the above-captioned matter from a Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy. Additionally, the applicable schedules and statements will be filed with the Court.

Very Truly Yours,

Dated: January 27, 2017

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Counsel for Debtor