```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 12-17088-amc
Larry N. Mallette                                                       Chapter 7
Rosa M. Mallette
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia                Page 1 of 3             Date Rcvd: Jan 30, 2017
                              Form ID: 210U                 Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db/jdb         +Larry N. Mallette,    Rosa M. Mallette,    5956 Newtown Avenue,   Philadelphia, PA 19120-1131
cr             +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr             +Bill Me Later,    Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
cr             +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, Tx 76006-1347
cr              ECMC,   P.O. Box 75906,    St. Paul, MN 55175
12925681       +AES/PHEAA,    PO BOX 8147,   HARRISBURG PA 17105-8147
12817382       +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
12957391       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
12817383      #+Capital One,   Po Box 5253,    Carol Stream, IL 60197-5253
12817384       +Capital One Auto Finan,    3901 Dallas Pkwy,    Plano, TX 75093-7864
13410974       +Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
12932654       +Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
12817385       +Capital One/Best Buy,    Po Box 5253,    Carol Stream, IL 60197-5253
12965887        ECMC,   P.O. BOX 16408,    ST PAUL, MN 55116-0408
12817388       +Grimley Financial,    30 Washington Ave,    Haddonfield, NJ 08033-3341
12817395       +Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
12835465       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
12817397       +Radio/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
12817400       +Rjm Acq Llc,   575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
12817403       +Sb1 Federal Credit Union,    P.O. Box 7480,    Philadelphia, PA 19101-7480
12872762       +TD AUTO FINANCE LLC,    PO BOX 6597,    CLEVELAND, OH 44101-1597
12817404       +Target Nb,   Po Box 673,    Minneapolis, MN 55440-0673
12817405       +Td Auto Finance,    Po Box 9223,   Farmington Hills, MI 48333-9223
12909227        The Bank of New York Mellon et al,    Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
12817406       +Wfnnb/Catherines,    4590 E Broad St,    Columbus, OH 43213-1301
13307757        eCAST Settlement Corporation,    PO Box 28136,    New York NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 31 2017 01:42:05     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2017 01:41:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2017 01:42:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 01:29:34     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Jan 31 2017 01:41:43     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
12817381       +E-mail/Text: EBNProcessing@afni.com Jan 31 2017 01:41:57     Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
12895252       +E-mail/Text: EBNProcessing@afni.com Jan 31 2017 01:41:57     Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
12885583        E-mail/Text: bncmail@w-legal.com Jan 31 2017 01:41:58     Bill Me Laterc/o Weinstein & Riley PS,
                 PO Box 3978,    Seattle WA 98124-3978
12872343       +E-mail/Text: bnc@bass-associates.com Jan 31 2017 01:41:43     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13514993        E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2017 01:41:44     Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD 57709
12817386        E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 01:29:46     Gecrb/JC Pennies,   Po Box 984100,
                 El Paso, TX 79998
12817387       +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 01:29:40     Gecrb/Walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
12817393       +E-mail/Text: bankruptcy@icsystem.com Jan 31 2017 01:42:07     I.C. Systems, Inc.,
                 P.O. Box 64378,    St Paul, MN 55164-0378
12911915        E-mail/Text: bknotice@crgofusa.com Jan 31 2017 01:42:00
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,   PO BOX 123203,
                 DALLAS, TX 75312-3203
12854080        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 31 2017 01:41:58     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
12817394       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2017 01:29:34     Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
12942083       +E-mail/Text: bncmail@w-legal.com Jan 31 2017 01:41:59     Oak Harbor Capital VII, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
```

```
District/off: 0313-2          User: Virginia                Page 2 of 3                   Date Rcvd: Jan 30, 2017
                              Form ID: 210U                 Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
12952304        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2017 01:41:05
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13024264       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2017 01:50:12
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12817396       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2017 01:41:06
                 Portfolio Recovery & Affil.,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
12865177        E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2017 01:41:45
                 Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                 Kirkland, WA   98083-0788
12817398       +E-mail/Text: rdkcollects@gmail.com Jan 31 2017 01:41:45     Rdk Collection Service,
                 318 John R Rd # 321,    Troy, MI 48083-4542
12826665        E-mail/PDF: rmscedi@recoverycorp.com Jan 31 2017 01:29:41
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12817401       +E-mail/PDF: pa_dc_claims@navient.com Jan 31 2017 01:29:46     Sallie Mae,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
12856347       +E-mail/PDF: pa_dc_claims@navient.com Jan 31 2017 01:29:46     Sallie Mae Trust,
                 c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
12848708       +E-mail/Text: bncmail@w-legal.com Jan 31 2017 01:41:58     TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Oak Harbor Capital VII,   LLC
cr*            +AES/PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*           ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court:   Green Tree Servicing LLC,    PO Box 6154,
                Rapid City, SD   57709-6154)
cr*            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*             eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
12957392*      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
12817389*      +Grimley Financial,    30 Washington Ave,    Haddonfield, NJ 08033-3341
12817390*      +Grimley Financial,    30 Washington Ave,    Haddonfield, NJ 08033-3341
12817391*      +Grimley Financial,    30 Washington Ave,    Haddonfield, NJ 08033-3341
12817392*      +Grimley Financial,    30 Washington Ave,    Haddonfield, NJ 08033-3341
12817399*      +Rdk Collection Service,    318 John R Rd # 321,    Troy, MI 48083-4542
12817402*      +Sallie Mae,   Po Box 9500,    Wilkes Barre, PA 18773-9500
                                                                                  TOTALS: 1, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   The Bank of New York Mellon, et al
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Joint Debtor Rosa M. Mallette brad@sadeklaw.com
              BRAD J. SADEK    on behalf of Debtor Larry N. Mallette brad@sadeklaw.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Bill Me Later BNCmail@w-legal.com,
               DanS@w-legal.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
```

```
District/off: 0313-2          User: Virginia           Page 3 of 3              Date Rcvd: Jan 30, 2017
                              Form ID: 210U            Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, et al
         bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
        MARY F. KENNEDY    on behalf of Creditor    The Bank of New York Mellon, et al
         mary@javardianlaw.com,    tami@javardianlaw.com
        THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, et al
         tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                          TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Larry N. Mallette and Rosa M. Mallette                           Case No: 12−17088−amc

     Debtor(s)

_____

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 1/30/17

For The Court

Timothy B. McGrath
Clerk of Court

83
Form 210U