Certificate Number: 03088-PAE-DE-028859743

Bankruptcy Case Number: 12-17088



03088-PAE-DE-028859743

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 4, 2017</u>, at <u>11:46</u> o'clock <u>AM CST</u>, <u>Larry N Mallette</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 4, 2017</u>              By:    <u>/s/Misty D. Vaughan</u>

                                     Name:  <u>Misty D. Vaughan</u>

                                     Title: <u>Counselor</u>