Certificate Number: 03088-PAE-DE-028859744

Bankruptcy Case Number: 12-17088



03088-PAE-DE-028859744

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 4, 2017, at 11:46 o'clock AM CST, Rosa M Mallette completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 4, 2017          By:     /s/Misty D. Vaughan

                              Name:   Misty D. Vaughan

                              Title:   Counselor