United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Larry N. Mallette
Rosa M. Mallette
      Debtors

Case No. 12-17088-amc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: May 15, 2017
                         Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2017.
db/jdb         +Larry N. Mallette,    Rosa M. Mallette,    5956 Newtown Avenue,    Philadelphia, PA 19120-1131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2017 at the address(es) listed below:
       ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, et al
        agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
       BRAD J. SADEK    on behalf of Joint Debtor Rosa M. Mallette brad@sadeklaw.com
       BRAD J. SADEK    on behalf of Debtor Larry N. Mallette brad@sadeklaw.com
       CHRISTINE C. SHUBERT    christine.shubert@comcast.net,    J100@ecfcbis.com
       DANIEL BRETT SULLIVAN    on behalf of Creditor    Bill Me Later BNCmail@w-legal.com,
        DanS@w-legal.com
       JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
        jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, et al
        bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
       MARY F. KENNEDY    on behalf of Creditor    The Bank of New York Mellon, et al
        mary@javardianlaw.com,    tami@javardianlaw.com
       THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, et al
        tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Larry N. Mallette and Rosa M. Mallette : Case No. 12−17088−amc
    Debtor(s)

### ORDER
_____

    AND NOW, this day , May 15, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

92
Form 195